PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:93CR05243 REC** |
| ) | |
| **JAMES SLATE** ) | |
| ) | |

On November 6, 1995, the above-named was placed on supervised release for a period of five years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN
United States Probation Officer**

Dated:      January 3, 2008
            Fresno, California

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **BRUCE A. VASQUEZ
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:     JAMES SLATE**
         **Docket Number:   1:93CR05243-REC**
         **ORDER TERMINATING SUPERVISED RELEASE**
         **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:     January 30, 2008**                     **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE